1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   GEORGE S. KHOURY (State Bar No. 269738)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs
6  IRMA RAMIREZ and DAREN HEATHERLY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY,<br><br>       Plaintiffs,<br><br>v.<br><br>EL DELFIN; ALICE K. WAUGH; JEFF WAUGH; LYRA J. HUTCHINS; and JOSE JORGE SARABIA, an individual dba EL DELFIN,<br><br>       Defendants. | CASE NO. CV-11-4868-MEJ<br><br>MOTION FOR ADMINISTRATIVE RELIEF - REQUEST FOR CASE MANAGEMENT CONFERENCE; MEMORANDUM OF POINTS and AUTHORITIES; and [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE<br><br>[L.R. 7-11; Gen. Order 56] |

   Plaintiffs Irma Ramirez and Daren Heatherly, pursuant to Local Rule 7-11 and General Order 56, hereby move this Court for Administrative Relief, and request the Court to set a Case Management Conference.

   The case before this Court seeks, in part, relief pursuant to Title III of the Americans with Disabilities Act ("ADA"), and pursuant to California statutes of Civil Code §51, *et seq.* and §54, *et seq.*, and California Health & Safety Code §19955 *et seq.*, relief and damages.

///

///

1  Accordingly, litigation of this case is controlled by the procedures established in General Order
2  No. 56.  These procedures impose a stay on all discovery until after a mediation has been
3  completed and a case management conference has taken place.
4      General Order No. 56 provides for plaintiffs to file a motion to request a Case
5  Management Conference once a mediation has been completed.  A mediation was conducted by
6  Mediator, John Koeppel on August 15, 2012.   Unfortunately, the parties were unsuccessful in
7  their efforts to try and resolve the above-mentioned caption matter.  This case has not settled.
8  It appears that discovery is necessary.  Therefore, plaintiffs respectfully request that the matter be
9  set for a Case Management Conference.

                Respectfully Submitted,

12  Dated: November 9, 2012        THOMAS E. FRANKOVICH,
13                                *A PROFESSIONAL LAW CORPORATION*

15                                By:    /s/Thomas E. Frankovich
16                                    THOMAS E. FRANKOVICH
17                              Attorneys for Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

MEMORANDUM OF POINTS AND AUTHORITIES

**GENERAL ORDER 56**:

General Order No. 56 provides for plaintiff to file a motion to request a Case Management Conference once a mediation has been completed.

¶7   " If the case does not resolve at mediation, plaintiff shall within seven (7) calendar days of the mediator's filing of a Certification of ADR Sessions reporting that the mediation process is concluded, file a Motion for Administrative Relief pursuant to Civil Local Rule 7-11 requesting a Case Management Conference."

Dated: November 9, 2012            THOMAS E. FRANKOVICH,

*A PROFESSIONAL LAW CORPORATION*


By:   /s/Thomas E. Frankovich
       THOMAS E. FRANKOVICH
Attorneys for Plaintiffs IRMA RAMIREZ; and
DAREN HEATHERLY


[PROPOSED] ORDER

**IT IS HEREBY ORDERED** that this Court will set this case for a Case Management Conference.

Dated: November 13, 2012           _____
                                    Honorable Maria-Elena James
                                    United States Magistrate Judge

A case management conference is scheduled for Thursday, December 20, 2012 at 10:00 a.m.  A joint case management statement shall be filed seven days prior to the case management conference.  The conference shall be heard in Courtroom B, 15th Floor, 450 Golden Gate Ave., San Francisco, 94102.