UNITED STATES DISTRICT COURT

Northern District of California

IRMA RAMIREZ,

          Plaintiff,

  v.

EL DELFIN, *et al*,

          Defendants.
_____/

No. C 11-04868 MEJ

**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT**

      Pursuant to the Court's December 13, 2013, Case Management Scheduling Order, dispositive motions in this matter were due August 29, 2013. Dkt. No. 21. No dispositive motions were filed. Accordingly, to apprise the Court of the status of this action, the Court **HEREBY ORDERS** the parties to file a joint status report by **October 11, 2013.**

      **IT IS SO ORDERED.**

Dated: September 25, 2013

                                                  _____
                                                  Maria-Elena James
                                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California