| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA 94903 |
| 4 | Telephone: 415/674-8600<br>Facsimile: 415/674-9900 |
| 5 | Attorney For Plaintiffs, DAREN HEATHERLY |
| 6 | and IRMA RAMIREZ, each an individual, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY, | CASE NO. CV-11-4868-MEJ |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| EL DELFIN; ALICE K. WAUGH; JEFF WAUGH; LYRA J. HUTCHINS; and JOSE JORGE SARABIA, an individual dba EL DELFIN | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: August 29, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/ *Thomas E. Frankovich*
Thomas E. Frankovich
Attorney for IRMA RAMIREZ and DAREN HEATHERLY.

Dated: August 30, 2013

BLEDSOE, CATHCART, DIESTEL & PEDERSON

By: _____
Alison M. Crane, Esq.
Errol C. Dauis
Attorneys for Defendant JOSE JORGE SARABIA, an individual dba EL DELFIN

Dated: 9/27/, 2013

JEFF WAUGH - Pro Per
ALICE K. WAUGH (deceased)

By: _____
JEFF WAUGH - In Pro Per

Dated: 9-27-13, 2013

LYRA J. HUTCHINS- Pro Per

By: _____
LYRA J. HUTCHINS- In Pro Per

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON    CASE NO.CV-11-4868-MEJ

-2-

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: 9/27/2013 , 2013

_____
Honorable Magistrate Maria-Elena James
UNITED STATE DISTRICT JUDGE